No. 01–5402. STOREY v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 01–5403. NUNEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5405. CHAVEZ-ORTEGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5406. BARRETT v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–5407. ROWELL v. NEVADA; ROWELL v. NEVADA; and ROWELL v. NEVADA ET AL. Sup. Ct. Nev. Certiorari denied.

No. 01–5408. MINIX ET AL. v. TRI CITIES HEALTH SERVICES CORP., DBA COLUMBIA RIVER PARK HOSPITAL, FKA HCA RIVER PARK HOSPITAL, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–5410. KEYES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5411. LOFTON v. UNITED STATES ET AL. Sup. Ct. Miss. Certiorari denied.

No. 01–5412. SAMANIEGO-CORREA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5414. OSORIO-RALAC v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5415. SANTIBANEZ-RAMIREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5416. LLAHSRAM v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5417. LOONEY v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Certiorari denied.

No. 01–5418. SOTELO-BARRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.